Cassandra Blake, OSB # 193336
cblake@oregonlawcenter.org
Che Orion, OSB # 205957
corion@oregonlawcenter.org
David Henretty, OSB # 031870
dhenretty@oregonlawcenter.org

OREGON LAW CENTER
230 SW Second Ave., STE. F
Hillsboro, OR 97124
Phone: (503) 640-4115
Fax: (503) 640-9634

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FRANCISCO TURQUIZ AJANEL and GUADALUPE LOPEZ VELASQUEZ,**<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>**SANTANA DHANNIE, SAFE SPACE CLEANING LLC, AFTERWORK MAINTENANCE, and RED ROBIN INTERNATIONAL, INC.,**<br><br>　　　　　　　Defendants. | Case No.: 3:23-CV-00571-SI<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** |

　　　　Pursuant to L.R. 7-1(a), counsel for Defendant Red Robin has indicated that Defendant

Red Robin does not intend to oppose this Motion. Defendants Santana Dhannie, Safe Space

Cleaning LLC, and Afterwork Maintenance have not appeared in this action and counsel for

PAGE 1 – PLAINTIFFS' MOTION FOR LEAVE

Plaintiffs have attempted to contact them via telephone and electronic mail to confer about this Motion but have been unable to do so.

Plaintiffs move the Court for leave to amend their original complaint pursuant to Fed. R. Civ. P. 15(a), (c), and Local Rule 15-1. Plaintiffs have reason to believe that "Santana Dhannie" is an alias used by Vimal Dhannie and seek to amend their complaint to name Vimal Dhannie as a party defendant. In addition, Plaintiffs seek leave to amend to update their complaint to conform to federal pleading standards as it was originally filed in state court before being removed to this Court, make corrections, and add clarity to their claims.

Plaintiffs also move the Court to rule that the changes in Plaintiffs' proposed First Amended Complaint to the naming of a party against whom the claims are asserted relate back to the date of the original pleading.

Plaintiffs intend to move for entry of default against Defendants Dhannie, Safe Space, and Afterwork Maintenance and seek to amend the complaint to name Vimal Dhannie as a party defendant before doing so.

Pursuant to Local Rule 15-1(a)(2), Plaintiffs propose the following changes to their original complaint:

1. On caption page, insert counsel information, remove heading for state court, insert heading for federal court, insert information for new party defendant, add "Plaintiffs' First Amended" to the title, remove caption information required by state court.

2. In the footer, insert "Plaintiffs' First Amended."

3. Add new headings I-VII for nature of the action, jurisdiction and venue, parties, factual allegations, claims for relief, prayer for relief, and demand for jury trial.

4. Add (proposed) paragraphs 1-4 relating to nature of the action, jurisdiction, and venue.

5. Renumber (original) paragraphs 1 to 113 to (proposed) paragraphs 5 to 118.

6. At (proposed) paragraphs 7-9, add allegations relating to Vimal Dhannie.

7. At (proposed) paragraph 13, remove reference to Guatemala.

8. Add (proposed) paragraph 14 relating to Plaintiffs' language proficiency.

9. At (proposed) paragraphs 21- 30, 33-38, 63-64, 70 revise allegations regarding amount of hours worked, wages earned, and wages unpaid.

10. Remove (original) paragraph 27 relating to locations.

11. Add (proposed) paragraph 54 relating to re-alleging and incorporating previous allegations.

12. At (proposed) paragraph 56, add allegation relating to Plaintiffs' minimum wage claims.

13. At (proposed) paragraph 93, add allegation relating to Plaintiffs' entitlement to attorney fees.

14. At (proposed) paragraph 109, add "s" to "Defendant."

15. At (proposed) paragraph 110, add "Defendant" in front of "Red Robin."

16. At (proposed) Prayer for Relief, revise amounts claimed for First, Second, and Third Claims, and revise language in Third and Ninth Claims.

17. Add demand for jury trial under new heading "Demand for Jury Trial."

/ / / /


/ / / /


PAGE 3 – PLAINTIFFS' MOTION FOR LEAVE

In support of their motion, Plaintiffs offer their memorandum of law, filed herewith, and proposed First Amended Complaint, attached to this Motion as Exhibit 1, showing how the amended pleading differs from the original complaint by using strikeouts for text to be deleted and underlining in bold text to be added.

DATED this 5th day of July 2023.

OREGON LAW CENTER

/s/ *Cassandra Blake*

Cassandra Blake, OSB # 193336
cblake@oregonlawcenter.org
Of Attorneys for Plaintiffs

PAGE 4 – PLAINTIFFS' MOTION FOR LEAVE

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused to be served a true copy of the foregoing MOTION FOR LEAVE, with Exhibit 1, by first class mail, postage prepaid, addressed as follows, to the following parties:

Safe Space Cleaning LLC
3644 Tierra Madrid
El Paso, TX  79938

Afterwork Maintenance
3644 Tierra Madrid
El Paso, TX  79938

Santana Dhannie
3644 Tierra Madrid
El Paso, TX  79938.

I hereby further certify that on this day, I caused to be served a true copy of the foregoing MOTION FOR LEAVE, with Exhibit 1, via the court's electronic filing system (ECF) to following individual:

Kevin Coles
JACKSON LEWIS P.C.
200 SW Market St., Ste. 540
Portland, Oregon 97201
kevin.coles@jacksonlewis.com

Attorney for Defendant Red Robin International, Inc.

DATED this 5th day of July 2023.

OREGON LAW CENTER
/s/ Cassandra Blake
_____
Cassandra Blake, OSB # 193336
cblake@oregonlawcenter.org
Of Attorneys for Plaintiffs

PAGE 5 – PLAINTIFFS' MOTION FOR LEAVE