IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **FRANCISCO TURQUIZ AJANEL and GUADALUPE LOPEZ VELASQUEZ**, <br><br> Plaintiffs, <br><br> v. <br><br> **SANTANA DHANNIE, SAFE SPACE CLEANING LLC, AFTERWORK MAINTENANCE, and RED ROBIN INTERNATIONAL, INC**, <br><br> Defendants. | Case No. 3:23-cv-571-SI <br><br> **JUDGMENT** |

Based on Plaintiffs' Notice of Acceptance of Defendant Red Robin International, Inc.'s Offer of Judgment (ECF 43) and the Court's Order granting Plaintiff's motion for order of default against Defendants Santana Dhannie (also known as Vimal Dhannie), Safe Space Cleaning LLC, and Afterwork Maintenance (ECF 38), which Plaintiffs have not reduced to a Default Judgment,

**IT IS ADJUDGED** that:

1.	Judgment is hereby entered in favor of Plaintiffs and against Defendant Red Robin International, Inc. in the amount of Twenty-Two Thousand Dollars and 00/100 Cents

($22,000.00) inclusive of any costs, disbursements, or reasonable attorney fees, to be allocated equally among the two Plaintiffs;

      2.      Plaintiffs' claims against Defendants Santana Dhannie, Safe Space Cleaning LLC, and Afterwork Maintenance are dismissed without prejudice; and

      3.      All pending motions are denied as moot.

DATED this 11th day of March, 2024.

                                                /s/ *Michael H. Simon*
                                                Michael H. Simon
                                                United States District Judge